**Affirmed and Memorandum Opinion filed November 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-00668-CR
NO. 14-10-00669-CR

_____

**WILLIAM DAVID GOLDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause Nos. 1165978 & 1165979**

## M E M O R A N D U M   O P I N I O N

After a bench trial, appellant was convicted of the offenses of possession of cocaine, and possession of heroin, and sentenced to 25 years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant appealed to this court.

On July 7, 2011, this court ordered a hearing to determine why appellant had not filed a brief in these appeals. On August 2, 2011, the trial court conducted the hearing. The record of the hearing was filed in this court on August 19, 2011.

The trial court found appellant is indigent and wants to represent himself. The trial court warned appellant of the dangers of representing himself, but appellant declined appointed counsel. Appellant requested, and this court granted, extensions of time for appellant to file his brief. Still, appellant failed to file a brief in this court. On the basis of the trial court's findings, this court has considered the appeals without briefs. *See* Tex. R. App. P. 38.8(b).

We find no fundamental error.

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.

Do Not Publish ─ Tex. R. App. P. 47.2(b).